**No. 23-709**

# In the United States Court of Appeals for the Second Circuit

BOSTON RETIREMENT SYSTEM,
INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, PLAINTIFF-RESPONDENT

*v.*

ALEXION PHARMACEUTICALS, INC.; LEONARD BELL;
DAVID L. HALLAL; AND VIKAS SINHA,
DEFENDANTS-PETITIONERS

*ON PETITION FOR PERMISSION TO APPEAL
FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT
(CIV. NO. 16-2127)
(THE HONORABLE ALVIN W. THOMPSON, J.)*

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

DANIEL J. KRAMER
AUDRA SOLOWAY
GREGORY LAUFER
JONATHAN HURWITZ
TAMAR HOLOSHITZ
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *1285 Avenue of the Americas*
  *New York, NY 10019*

KANNON K. SHANMUGAM
JANE O'BRIEN
E. GARRETT WEST
ANDREW J. TOPAL
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *2001 K Street, N.W.*
  *Washington, DC 20006*
  *(202) 223-7300*

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), Petitioners Alexion Pharmaceuticals, Inc., Leonard Bell, David L. Hallal, and Vikas Sinha and Respondents Erste Asset Management GmbH, Public Employee Retirement System of Idaho, Boston Retirement System, Gwinnett County Public Employees Retirement System, Steamship Trade Association International Longshoremens Association Pension Fund, The Alger Funds, and Charles Schwab,[1] by and through the undersigned counsel of record, hereby stipulate and agree to the voluntary dismissal with prejudice of the above-captioned petition. Each party shall bear its own costs and fees. No fees are due to the Clerk. The parties hereby request that the Clerk docket the dismissal in this case.

---

[1] Erste Asset Management GmbH and Public Employee Retirement System of Idaho were the Lead Plaintiffs in the district court. Boston Retirement System was the named Plaintiff in the district court. Gwinnett County Public Employees Retirement System and Steamship Trade Association International Longshoremens Association Pension Fund had moved in the district court to be appointed as Lead Plaintiff. The Alger Funds and Charles Schwab were Intervenors in the district court.

1

Respectfully submitted,

/s/ Kannon K. Shanmugam
KANNON K. SHANMUGAM
JANE O'BRIEN
E. GARRETT WEST
ANDREW J. TOPAL
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *2001 K Street, N.W.*
  *Washington, DC 20006*
  *(202) 223-7300*
  *kshanmugam@paulweiss.com*

DANIEL J. KRAMER
AUDRA SOLOWAY
GREGORY LAUFER
JONATHAN HURWITZ
TAMAR HOLOSHITZ
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *1285 Avenue of the Americas*
  *New York, NY 10019*

*Counsel for Petitioners*

FEBRUARY 26, 2024

2

_____
GREGG S. LEVIN
WILLIAM S. NORTON
ERIN C. WILLIAMS
MOTLEY RICE LLC
  *28 Bridgeside Blvd.*
  *Mt. Pleasant, SC 29464*
  *(843) 216-9000*

WILLIAM H. NARWOLD
MATHEW P. JASINSKI
MOTLEY RICE LLC
  *20 Church Street, 17th Floor*
  *Hartford, CT 06103*
  *(860) 882-1681*

*Counsel for Lead Plaintiffs-Respondents*

FEBRUARY 26, 2024

3

/s/

Jonathan Gardner
Michael P. Canty
Michael H. Rogers
Philip J. Leggio
Labaton Keller Sucharow LLP
  140 Broadway
  New York, NY 10017
  (212) 907-0700

*Counsel for Lead Plaintiffs-Respondents*

February 26, 2024

4

                                            /s/ David A. Slossberg
DAVID A. SLOSSBERG
HURWITZ SAGARIN SLOSSBERG &
  KNUFF, LLC
*147 N. Broad Street*
*Milford, CT 06460*
*(203) 877-8000*

*Counsel for Boston Retirement System*

FEBRUARY 26, 2024

                              /s/ *Jonathan Paul Whitcomb*

                            _____
                            JONATHAN PAUL WHITCOMB
                            DISERIO MARTIN O'CONNOR &
                               CASTIGLIONI LLP
                            *1010 Washington Boulevard*
                            *Suite 800*
                            *Stamford, CT 06901*
                            *(203) 358-0800*

FEBRUARY 23, 2024                *Counsel for Gwinnett County Public*
                                              *Employees Retirement System*

                          /s/ Donald A. Broggi
                          DONALD A. BROGGI
                            SCOTT & SCOTT, ATTORNEYS AT LAW, LLP
                            *The Helmsley Building*
                            *230 Park Avenue*
                            *17th Floor*
                            *New York, NY 10169*
                            *(212) 223-6444*

                            *Counsel for Steamship Trade*
                            *Association International*
                            *Longshoremens Association Pension Fund*

FEBRUARY 21, 2024

 

/s/ Ari Hoffman

ARI HOFFMAN
DAVID A. BALL
COHEN & WOLF, P.C.
*1115 Broad Street*
*Bridgeport, CT 06604*
*(203) 368-0211*

*Counsel for The Alger Funds and Charles Schwab*

FEBRUARY 21, 2024

## CERTIFICATE OF COMPLIANCE
## WITH TYPEFACE AND WORD-COUNT LIMITATIONS

I, Kannon K. Shanmugam, counsel for petitioners and a member of the Bar of this Court, certify, pursuant to Federal Rule of Appellate Procedure 27(d), that the foregoing Joint Stipulation of Voluntary Dismissal is proportionately spaced, has a typeface of 14 points or more and contains 175 words.

/s/ Kannon K. Shanmugam
KANNON K. SHANMUGAM

FEBRUARY 26, 2024

## CERTIFICATE OF SERVICE

I, Kannon K. Shanmugam, counsel for petitioners and a member of the Bar of this Court, certify that, on February 26, 2024, a copy of the attached Joint Stipulation of Voluntary Dismissal was filed with the Clerk through the Court's electronic filing system. I further certify that all parties required to be served have been served.

/s/ Kannon K. Shanmugam
KANNON K. SHANMUGAM

FEBRUARY 26, 2024